JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FREDRIC LEE MILTIMORE,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>OSVALDO PELAYES, et al.,<br><br>　　　　　Defendants. | No. ED CV 13-0780-DMG (DFM)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 21, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　United States District Judge